CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
Chris Carson, Esq., SBN 280048
Raymond Ballister, Jr., Esq., SBN 111282
8033 Linda Vista Road Suite 200
San Diego CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

KATHY H. GAO (SBN: 259019)
kathy.gao@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-2500
Facsimile: (213) 612-2501
Attorney for Defendant
Morning View Hotels-BH I, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case: 2:20-cv-11232-DSF-E |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| MORNING VIEW HOTELS-BH I, LLC, a Delaware Limited Liability Company; and Does 1-10, | |
| Defendants. | |

Joint Stipulation for Dismissal                    Case: 2:20-cv-11232-DSF-E

1

## **STIPULATION**

2

3    Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and

4   between the parties hereto that this action may be dismissed with prejudice

5   as to all parties; each party to bear his/her/its own attorneys' fees and costs.

6   This stipulation is made as the matter has been resolved to the satisfaction of

7   all parties.

8

9   Dated: June 17, 2021          CENTER FOR DISABILITY ACCESS

10

11                              By: /s/ Amanda Seabock
                                    Amanda Seabock
12                                  Attorneys for Plaintiff

13   Dated: June 17, 2021          MORGAN, LEWIS & BOCKIUS LLP

14                              By: /s/ Kathy H. Gao
                                    Kathy H. Gao
15                                  Attorneys for Defendant
                                    Morning View Hotels-BH I, LLC
16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal          Case: 2:20-cv-11232-DSF-E

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Kathy H. Gao, counsel for Morning View Hotels-BH I, LLC, and that I have obtained Ms. Gao's authorization to affix her electronic signature to this document.

Dated: June 17, 202          CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff

Joint Stipulation for Dismissal          Case: 2:20-cv-11232-DSF-E